

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2022

No. 04-22-00615-CV

Gabriel **RODRIGUEZ** Sr., Gabriel Rodriguez Jr., Paul Celestine,
Appellants

v.

**HILLCORP ENERGY COMPANY,**
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-22-282
Honorable Baldemar Garza, Judge Presiding

# O R D E R

From the limited record before us, it appears Appellants seek to appeal from the trial court's order granting a temporary injunction on September 16, 2022. A notice of appeal was filed in the trial court on September 19, 2022. Thus, the clerk's and reporter's records were due on September 29, 2022. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (accelerated appeal); TEX. R. APP. P. 35.1(b).

Neither the original notice of appeal nor the October 17, 2022 amended notice of appeal certifies that it was served on each court reporter responsible for preparing the reporter's record. *Contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a); TEX. R. APP. P. 25.1(a), (d), (e).

In our September 20, 2022 letter, we instructed Appellants to file docketing statements and amended notices of appeal certifying proper service on the responsible court reporter(s) by October 3, 2022. To date, Appellants have not filed docketing statements or amended notices of appeal that comply with the Code and the Rules.

We ORDER Appellants Gabriel G. Rodriguez Sr. and Gabriel G. Rodriguez Jr., represented by Rhonda Ross, SBN 17299600; and Paul Celestine, acting pro se, to file docketing statements and amended notices of appeal that fully comply with the applicable statutes and rules within TEN DAYS of the date of this order. *See, e.g.*, TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a); TEX. R. APP. P. 25.1(e), 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.1.

If Appellants fail to timely file their docketing statements and amended notices of appeal as ordered, we may dismiss their respective appeals *without further notice*. *See* TEX. R. APP. P. 42.3(c); *Velasco v. Ellis*, No. 01-10-00073-CV, 2011 WL 2118865, at *4 (Tex. App.—Houston [1st Dist.] May 26, 2011, order).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2022.

MICHAEL A. CRUZ, Clerk of Court